| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Chan, Ashely M. | 2. Court or Organization Eastern District of Pennsylvania | 3. Date of Report 05/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street Suite 204
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/22/2012 | Hangley Aronchick Segal Pudlin & Schiller 401k Plan - with former law firm, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/12/18 | Lexis Nexis - editing bankruptcy treatise | $1,500.00 |
| 2. | 11/19/18 | Lexis Nexis - editing bankruptcy treatise | $4,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDPA | 7/10 - 7/13/18 | Denver, CO | Judicial Conference | airfare, lodging, food |
| 2. | ABI | 9/21/18 | Washington, DC | ABI Conference | trainfare |
| 3. | EDPA | 10/17 - 10/18/18 | Wilmington, DE | Third Circuit Conference | lodging, food |
| 4. | Allegheny County Bar | 12/6 - 12/7/18 | Pittsburgh, PA | Bar Symposium | airfare, parking, taxi |
| 5. | ABI | 12/17/18 | Washington, DC | ABI Conference | trainfare |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Airlines AAdvantage | credit card | J |
| 2. | Bank of America | credit card | K |
| 3. | Target | credit card | J |
| 4. | Macy's | credit card | J |
| 5. | Chase | credit card | J |
| 6. | Mastercard | credit card | J |
| 7. | | | |
| 8. | | | |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | | None | J | T | | | | | |
| 2. TD Bank | | None | J | T | | | | | |
| 3. Fidelity 401k (H) | | | | | | | | | |
| 4. -Spartan US Bond Index | A | Dividend | K | T | | | | | |
| 5. -Spartan 500 Index | C | Dividend | M | T | | | | | |
| 6. -Fidelity Freedom 2035 Fund | D | Dividend | L | T | | | | | |
| 7. -Harbor International | C | Dividend | K | T | | | | | |
| 8. Northwestern IRA (H) | | | | | | | | | |
| 9. -American Century Real Estate Fund | C | Dividend | J | T | | | | | |
| 10. -American Century Small Cap Growth | A | Dividend | J | T | | | | | |
| 11. -Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 12. -Dreyfus Insured Deposit (X) | A | Int./Div. | J | T | | | | | |
| 13. -Fidelity Advisor Diversified International | A | Dividend | J | T | | | | | |
| 14. -Fidelity Advior New Insights Fund | B | Dividend | J | T | | | | | |
| 15. -Fidelity Advisor Strategic Fund | A | Dividend | J | T | | | | | |
| 16. -Growth Fund of America. | B | Dividend | J | T | | | | | |
| 17. -IShares Trust Russell 2000 Value Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -New World Fund | A | Dividend | J | T | | | | | |
| 19. -PIMCO Commodity Real Return Strategy | A | Dividend | J | T | | | | | |
| 20. -Prudential Jennison Natural Resources | A | Dividend | J | T | | | | | |
| 21. -SPDR S&P 500 ETF Tr | A | Dividend | J | T | | | | | |
| 22. -Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 23. -Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 24. -Vanguard Primecap Fund | A | Dividend | J | T | | | | | |
| 25. Northwestern Roth IRA (H) | | | | | | | | | |
| 26. -American Century Diversified Bond | A | Dividend | J | T | | | | | |
| 27. -American Century Heritage Fund | C | Dividend | J | T | | | | | |
| 28. -American Heritage Strategic Allocation Moderate Fund | B | Dividend | K | T | Sold (part) | 03/07/18 | J | A | |
| 29. -Fidelity Advisor New Insights Fund | B | Dividend | J | T | | | | | |
| 30. Morgan Stanley IRA (H) | | | | | | | | | |
| 31. -Bank of America 5.625% 7/1/2020 | B | Interest | K | T | | | | | |
| 32. -Capital One NZ 2.25% 6-7-2021 | A | Int./Div. | K | T | | | | | |
| 33. -Cisco Systems | B | Dividend | K | T | | | | | |
| 34. -Conagra Foods | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Covanta Holding Corp | A | Dividend | J | T | | | | | |
| 36. -Crown Castle Intl Corp | A | Dividend | K | T | | | | | |
| 37. -CSX Transportation 9.75% 6/15/2020 | B | Interest | K | T | | | | | |
| 38. -CVS Health Corp | A | Dividend | J | T | | | | | |
| 39. -Digital Realty Trust | A | Dividend | K | T | | | | | |
| 40. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 41. -Gilead Science | A | Dividend | J | T | | | | | |
| 42. -Goldman Sachs 2.00% 5/21/2019 | A | Interest | K | T | | | | | |
| 43. -Harley Davidson | A | Dividend | J | T | | | | | |
| 44. -Hewlitt Packard 4.30% 6/1/2021 | B | Interest | K | T | | | | | |
| 45. -International Paper | A | Dividend | K | T | | | | | |
| 46. -IShares Intl Select Div ETF | B | Dividend | K | T | | | | | |
| 47. -IShares JP Morgan EM Bond Fund | B | Dividend | K | T | | | | | |
| 48. -Jonesboro AK 3.00% 2/1/2022 | A | Interest | K | T | | | | | |
| 49. -JP Morgan Chase & Co | B | Dividend | K | T | | | | | |
| 50. -JP Morgan Chase Bank 3.00% 9/18/2024 | A | Interest | K | T | Buy | 09/05/18 | K | | |
| 51. -Kinder Morgan Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 53. -Liberty Property 4.75% 10/1/2020 | B | Interest | K | T | | | | | |
| 54. -Medtronic PLC | A | Dividend | K | T | | | | | |
| 55. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |
| 56. -Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 57. -Newell Brands | A | Dividend | J | T | | | | | |
| 58. -Norfolk Southern 9.75% 6/15/2020 | B | Interest | K | T | | | | | |
| 59. -Oaktree Capital GP LLC UT | A | Distribution | J | T | | | | | |
| 60. -Pentair PLC | A | Dividend | | | Sold | 4/5/18 | K | | |
| 61. -Pepsico | A | Dividend | K | T | | | | | |
| 62. -Primerica Inc 4.75% 7/15/2022 | B | Interest | K | T | | | | | |
| 63. -Quest Diagnostics 4.75% 1/30/2020 | B | Interest | K | T | | | | | |
| 64. -Sallie Mae Bank CD 2.15% 10/30/2018 | A | Interest | | | Sold | 10/30/18 | K | | |
| 65. -Simon Property Group | B | Dividend | K | T | | | | | |
| 66. -Taiwan Semiconductor Mfg Co | A | Distribution | K | T | Buy | 08/01/18 | K | | |
| 67. -Unilever PLC | A | Dividend | J | T | | | | | |
| 68. -Vanguard FTSE Developed Markets E | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Virtus Multi Select Short Term Bond T | A | Dividend | J | T | | | | | |
| 70. -Walt Disney Co Holding | A | Dividend | K | T | | | | | |
| 71. -Wells Fargo Bank 3.15% 5/9/2023 | A | Interest | K | T | Buy | 04/24/18 | K | | |
| 72. -Western Asset Short Term Bond C1 | A | Dividend | J | T | | | | | |
| 73. -Western Union Co 3.65% 8/22/2018 | A | Interest | | | Sold | 08/22/18 | K | | |
| 74. Morgan Stanley xxx612 (H) | | | | | | | | | |
| 75. -Hasbro Inc | A | Dividend | K | T | | | | | |
| 76. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 77. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 78. -Verizon | A | Dividend | J | T | | | | | |
| 79. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 80. Morgan Stanley xxx450 (H) | | | | | | | | | |
| 81. -Alliance Resource Partners LP | B | Distribution | J | T | | | | | |
| 82. -Apple Inc | A | Dividend | K | T | | | | | |
| 83. -Brighthouse Financial | | None | J | T | | | | | |
| 84. -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 85. -Cardinal Health Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Chemours Co | A | Dividend | J | T | | | | | |
| 87. -DowDuPont Inc | A | Dividend | J | T | | | | | |
| 88. -Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 89. -Equity Residential | A | Dividend | K | T | | | | | |
| 90. -General Electric | A | Dividend | | | Sold | 10/09/18 | J | | |
| 91. -Goldman Sachs 5.95% 1/18/2018 | A | Dividend | | | Sold | 01/18/18 | K | | |
| 92. -H&R Block Inc | A | Dividend | J | T | | | | | |
| 93. -Habersham County GA 4.00% 4/1/2019 | A | Interest | K | T | | | | | |
| 94. -HCP Incorporated | A | Dividend | J | T | | | | | |
| 95. -Intel Corp | A | Dividend | K | T | Sold (part) | 07/11/18 | J | D | |
| 96. -Macquarie Infrastructure Co | B | Dividend | J | T | | | | | |
| 97. -McDonalds | A | Dividend | K | T | | | | | |
| 98. -Metlife Inc | A | Dividend | K | T | | | | | |
| 99. -Microsoft Corp | B | Dividend | L | T | | | | | |
| 100. -Morgan Stanley Bank | | None | K | T | | | | | |
| 101. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |
| 102. -Morgan Stanley 5.75% 1/25/2021 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -New York State Thruway Auth 5.00% 3/15/2025 | B | Interest | K | T | | | | | |
| 104. -NuStar Energy LP | B | Distribution | J | T | | | | | |
| 105. -Pennsylvania State Genl Oblig 5.00% 1/15/2022 | B | Interest | K | T | | | | | |
| 106. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 107. -Quality Care Properties | | None | | | Sold | 07/27/18 | J | B | |
| 108. -Royal Dutch Shell PLC | A | Dividend | | | Sold | 04/12/18 | K | A | |
| 109. -Sarasota County FL Sch Brd 5.00% 7/1/2021 | B | Interest | K | T | | | | | |
| 110. -Tri-County Metro Trans Dist of Oregon 3.00% 11/1/2019 | A | Interest | J | T | Sold (part) | 11/01/18 | K | | |
| 111. -University of Cincinnati Gen Rcpts 4.00% 6/1/2025 | A | Interest | K | T | | | | | |
| 112. -Walgreens Boots Alliance Inc | A | Dividend | K | T | | | | | |
| 113. -Washington State Genl Oblig 5.00% 7/1/2020 | B | Interest | K | T | | | | | |
| 114. -Washoe County NV Genl Oblig 3.00% 3/1/2023 | A | Interest | K | T | | | | | |
| 115. -Washoe County NV Genl Oblig 3/1/2024 | A | Interest | K | T | | | | | |
| 116. -Anthem Inc 3.30% 1/15/2023 (PK Wellpoint Inc.) | A | Interest | K | T | | | | | |
| 117. Morgan Stanley xxx082 (H) | | | | | | | | | |
| 118. -Alphabet Inc Cl A | | None | K | T | | | | | |
| 119. -American Express 2.25% 6-1-2021 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Express 2.40% 9-6-2022 | A | Interest | K | T | | | | | |
| 121.  -Amex Centurion 2.10% 9/26/2018 | A | Interest | | | Sold | 09/26/18 | K | | |
| 122.  -Apple Inc | A | Dividend | K | T | | | | | |
| 123.  -AT&T Inc | B | Dividend | K | T | | | | | |
| 124.  -Blackstone Group LP | B | Distribution | K | T | | | | | |
| 125.  -Brighthouse Financial | | None | J | T | | | | | |
| 126.  -Buckeye Partners | B | Distribution | J | T | | | | | |
| 127.  -CA Inc 5.375% 12/1/2019 | B | Interest | K | T | | | | | |
| 128.  -Chemours Co | A | Dividend | J | T | | | | | |
| 129.  -Digital Realty Trust | A | Dividend | K | T | Buy | 02/21/18 | K | | |
| 130.  -Digital Realty Trust LP 5.25% 3/15/2021 | B | Interest | K | T | | | | | |
| 131.  -Discover Financial Services | A | Dividend | J | T | | | | | |
| 132.  -DowDuPont, Inc | A | Dividend | K | T | | | | | |
| 133.  -Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 134.  -ExxonMobil Corp | A | Dividend | J | T | | | | | |
| 135.  -General Electric Cap Corp 5.30% 2/11/2021 | B | Interest | K | T | | | | | |
| 136.  -IShares JP Morgan Em Bond FUnd | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -JP Morgan Chase 2.00% 2/23/2028 | A | Interest | K | T | | | | | |
| 138. -Kansas State Dev Fin Auth 5.00% 12/1/2019 | B | Interest | K | T | | | | | |
| 139. -Macy's | A | Dividend | | | Sold | 01/18/18 | J | | |
| 140. -McDonalds Corp | A | Dividend | K | T | | | | | |
| 141. -Metlife Inc | A | Dividend | J | T | | | | | |
| 142. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 143. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 144. -New York State Mtg Agy Homeowner 3.619% 4/1/2023 | A | Interest | K | T | | | | | |
| 145. -Nvent Electric PLC | A | Dividend | J | T | Spinoff (from line 147) | 05/03/18 | J | | |
| 146. -Oaktree Capital GP LLC | A | Distribution | J | T | | | | | |
| 147. -Pentair PLC | A | Dividend | J | T | | | | | |
| 148. -Pfizer | A | Dividend | K | T | | | | | |
| 149. -Plains All American Pipeline, LP | A | Distribution | K | T | | | | | |
| 150. -Regional Trans Dist Colo Sales Tax Rev 5.00% 11/1/2027 | A | Interest | K | T | Buy | 04/26/18 | K | | |
| 151. -San Antonio TX Pub Facs 3.00% 9/15/2027 | A | Interest | K | T | | | | | |
| 152. -Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 153. -Thomson Reuters Corp | | | | | Sold | 01/30/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -UBS Bank USA Salt Lake City 3.45% 10/24/2023 | A | Interest | K | T | Buy | 10/17/18 | K | | |
| 155. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 156. -University of Washington Univ Revs Gebn 5.00% 7/1/2034 | | | K | T | Buy | 10/09/18 | K | | |
| 157. -Walt Disney Co Holding | A | Dividend | K | T | | | | | |
| 158. -Wells Fargo 4.48% 1/16/2024 | B | Interest | K | T | | | | | |
| 159. Fidelity Investments (H) | | | | | | | | | |
| 160. -Fidelity Contrafund | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 161. -Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 162. -Fidelity Select Technology | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 163. -Invesco QQQ Trust Unit Ser 1 | A | Dividend | J | T | Buy | 07/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ashely M. Chan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544